

CHRISTY BRAD ESCOBAR, ESQ.
Nevada Bar No. 2300
ESCOBAR & ASSOCIATES, LAW FIRM, Ltd.
150 N. Durango Dr., Suite 230
Las Vegas, Nevada 89145
(702) 304-8260
Chris@CEscobarLaw.com
Attorney for SEAN ALLARD

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case #: 2:12-◼-mj-607-GWF |
| Plaintiff, | |
| v. | WAIVER OF PERSONAL APPEARANCE AND ACKNOWLEDGMENT OF PLEA |
| SEAN J. ALLARD, | COURT'S ACCEPTANCE OF WAIVER [RULE 10(b), Fed. R. Crim. P.] |
| Defendant. | |

The Defendant in the above case acknowledges and agrees to the following:

1. I have received a copy of the Complaint against me. My lawyer has discussed the charges with me and has answered all questions I have so far. I waive reading of the charges against me.

2. My true and correct name is indicated on the Complaint.

3. I understand that I have the right to remain silent, the right to a trial by jury, the right to compulsory process, and the right to assistance of counsel.

4. I understand I have the right to personally appear in open court on these charges. By signing this Waiver, I give up my right to personally appear in open court for an arraignment.

5. I am entering a "Not Guilty" plea with filing this Waiver. I will file a "Notice of Trial Acknowledgment" of the trial date within 15 days of the scheduled arraignment or by the deadline for the filing of pre-trial motions, whichever is later.

1  6. I hereby waive my rights to a speedy trial and request further appropriate
2  proceedings in the ordinary course.
3  DATE: 9/26/2012                           _____
                                              SEAN J. ALLARD, Defendant
4
5  I am the attorney for SEAN J. ALLARD. I have reviewed the charges against my client, and agree with the "Waiver of Personal Appearance." I have no reason to question the competence of my client to assist in his own defense in this case.
6
7  DATE: 9/26/2012                           _____
                                              CHRISTY BRAD ESCOBAR, ESQ.
8
9  The Court accepts "WAVER of Personal Appearance" and enters a plea of "Not Guilty" for the Defendant.
10 DATE: 9/28/12                             _____
11                                            United States Magistrate Judge

2